**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 02-6709**

———

JAMES CALHOUN-EL,

Petitioner - Appellant,

versus

THOMAS RANDY CORCORAN; ATTORNEY GENERAL FOR
THE STATE OF MARYLAND,

Respondents - Appellees.

———

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-02-
1114-L)

———

Submitted: September 5, 2002      Decided: September 10, 2002

———

Before MOTZ, KING, and GREGORY, Circuit Judges.

———

Dismissed by unpublished per curiam opinion.

———

James Calhoun-El, Appellant Pro Se.

———

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Calhoun-El appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>Calhoun-El v. Corcoran</u>, No. CA-02-1114-L (D. Md. filed Apr. 19, 2002, entered Apr. 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>